IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MIKE CABBINESS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:23-cv-00199 |
| | § | |
| STATE AUTO PROPERTY & | § | |
| CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a) and Local Rule CV-81(a), Defendant State Auto Property & Casualty Insurance Company ("Defendant") files this Notice of Removal, hereby removing this action from the 222nd Judicial District Court of Deaf Smith County, Texas to the United States District Court for the Northern District of Texas, Amarillo Division. Removal is based on diversity jurisdiction because there is complete diversity between Plaintiff Mike Cabiness ("Plaintiff") and Defendant, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. In support of its Notice of Removal, Defendant respectfully shows the Court as follows:

### I.
### INTRODUCTION

This lawsuit arises out of Plaintiff's claim for storm damage to Plaintiff's commercial property located at 819 West Park Avenue, Hereford, Texas under an insurance policy issued by Defendant. In his Original Petition (the "Petition"), Plaintiff asserts claims against Defendant arising out of Defendant's handling of Plaintiff's insurance claim.

On November 2, 2023, Plaintiff filed the Petition in the 222nd Judicial District of Deaf Smith County, Texas. Defendant was served with a citation and a copy of the Petition on

November 9, 2023 through its registered agent for service of process. Accordingly, this Notice of Removal is being filed within thirty (30) days of service of the Petition on Defendant, and is thus timely filed under 28 U.S.C. § 1446(b).

## II.
## BASIS FOR REMOVAL

**A.    THERE IS COMPLETE DIVERSITY OF CITIZENSHIP.**

Removal is proper because there is complete diversity between the parties. Plaintiff is an a Texas resident who is domiciled in Deaf Smith County, Texas. *See* Petition, Exhibit C, ¶ 1. Thus, for diversity purposes, Plaintiff is a citizen of Texas. Defendant State Auto Property and Casualty Company is a corporation organized under the laws of the State of Iowa with its principal place of business in Columbus, Ohio. For diversity purposes, Defendant is a citizen of Iowa and Ohio. Accordingly, complete diversity of citizenship exists between Plaintiff and Defendant. *See* 28 U.S.C. § 1332(a).

**B.    THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00.**

Generally, the amount in controversy for purposes of establishing federal jurisdiction should be determined by the plaintiff's complaint. *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1411-12 (5th Cir. 1995). Here, Defendant can demonstrate that it is facially apparent from the Petition and from the facts in the underlying case that the amount in controversy exceeds $75,000.00.

First, it is facially apparent from the Petition underlying case that the amount in controversy exceeds $75,000.00 because the Petition alleges that Plaintiff seeks "only monetary relief of over $1,000,000 and any other relief to which Mr. Cabbiness may be entitled." *Id.* at ¶ 4. Defendant can also carry its burden by demonstrating that the amount in controversy exceeds $75,000.00 by setting forth the facts in the removal petition. "[T]he [C]ourt may rely on

summary judgment-type evidence to ascertain the amount in controversy." *St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998) (internal quotation marks omitted). One such type of summary judgment evidence is a pre-suit demand letter. *Gutierrez v. Allstate Texas Lloyd's*, 2017 WL 3274358, at *2 (S.D. Tex. Jan. 1, 2017). On or about August 15, 2023, Plaintiff served Defendant with a pre-suit demand letter pursuant to the Texas Insurance Code in which he alleged that the "amount of actual damages and expenses, including attorneys' fees incurred by [Plaintiff] in asserting Chapter 541 claim against [Defendant] is $641,589.79." *See* Exhibit D. Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## III.
## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

As required by Local Rule 81.1(a), filed concurrently with this Notice of Removal is a completed civil cover sheet, supplemental civil case cover sheet, and Defendant's Certificates of Interested Persons that comply with Local Rules 3.1(c), 7.4, and 81.2. Additionally, the following exhibits are attached:

- **Exhibit A**: Index of all documents filed in the state court action;

- **Exhibit B**: Deaf Smith County Civil Case Information;

- **Exhibits C through C-2:** A copy of each pleading filed in the state court action; and

- **Exhibit D**: Plaintiff's August 15, 2023 pre-suit demand letter.

Pursuant to Section 28 U.S.C. §1446(d), Defendant will serve written notice of the filing of this Notice of Removal on Plaintiff, and will file a true and correct copy of this Notice of Removal with the Court Clerk of the 222nd Judicial District Court of Deaf Smith County, Texas, promptly after the filing of same.

# IV.
# PRAYER

Wherefore, Defendant respectfully requests that the above-styled action now pending in the 222nd Judicial District Court of Deaf Smith County, Texas, be removed to the United States District Court for the Northern District of Texas, Amarillo Division. Defendant requests all such other and further relief to which it is justly entitled.

Respectfully submitted,

*/s/ Mark D. Tillman*
MARK D. TILLMAN
State Bar No. 00794742
MICHAEL C. DIKSA
State Bar No. 24012531

**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
mark.tillman@tb-llp.com
mike.diksa@tb-llp.com

**ATTORNEYS FOR DEFENDANT STATE AUTO PROPERTY & CASAULTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

In accordance with the FEDERAL RULES OF CIVIL PROCEDURE, on December 6, 2023, a true and correct copy of the above and foregoing instrument was served *via electronic service* upon:

**ATTORNEYS FOR PLAINTIFF**
James Winston Willis
Richard D. Daly
**DALY & BLACK, P.C**.
2211 Norfolk St., Suite 800
Houston, Texas 77098
Telephone: 713.655.1405
Facsimile: 713.655.1587
jwillis@dalyblack.com
rdaly@dalyblack.com
ecfs@dalyblack.com

                                                */s/ Mark D. Tillman*
                                                MARK D. TILLMAN