IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Amarillo Division

## **Alternative Dispute Resolution Summary**

**Provider must file a completed form, in duplicate, with the U.S. District Clerk within ten days of completion of the initial ADR session.**

1.  Civil Action number:      2:23-cv-00199

2.  Style of case:      Mike Cabbiness v. State Auto Property & Casualty Insurance Company

3.  Nature of suit:      Breach of Insurance Contract

4.  Method of ADR used:) ✓ Mediation      Mini-Trial      Summary Jury Trial      Early Neutral Eval.

5.  Date ADR session was held:   July 15, 2024

6.  Outcome of ADR *(Select one)*:

    Parties did not use my services.        Settled, in part, as a result of ADR.

    ✓ Settled as a result of ADR.          Parties were unable to reach settlement.

    Continuing to work with parties to reach settlement *(Note: provider must file a supplemental ADR Summary upon conclusion of his/her services.)*

7.  What was your TOTAL fee:   $1,600

8.  Duration of ADR:   4 hours                    *(e.g.,* one day, two hours)

9.  Please list persons in attendance (including party association, *e.g.*, defendant, plaintiff):

    Mike Cabbiness- Plaintiff
    James Willis-Counsel for Plaintiff
    Stephanie Bonner-Senior Claims Manager-Defendant State Automobile Property & Casualty Company
    Michael Diksa- Counsel for Derendant

    *Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10.  Provider information:


    _____                    July 16, 2024
    Signature                                        Date


    2608 Briarcrest Drive, Austin, Texas 78704      (713) 502-5257
    Address                                          Telephone

## Alternative Dispute Resolution Summary

*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name:  James Willis                          Name:  Michael Diksa

Firm:  Daly & Black, P.C.                    Firm:  Tillman Batchelor LLP

Address:  2211 Norfolk St, Suite 800         Address:  5605 N. MacArthur Blvd, Ste 560

Houston, Texas 77098                         Irving, Texas 75038

Phone: (713) 655-1405                        Phone: (214) 492-5720


Name:                                        Name:

Firm:                                        Firm:

Address:                                     Address:


Phone:                                       Phone:


Name:                                        Name:

Firm:                                        Firm:

Address:                                     Address:


Phone:                                       Phone:


Name:                                        Name:

Firm:                                        Firm:

Address:                                     Address:


Phone:                                       Phone: